UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABEL ANTONIO MALDONADO ARDILA.,<br><br>Petitioner,<br><br>-against-<br><br>HAYNES, TODD LYONES, MARCOS CHARLES, DEPUTY DIRECTOR WILLIAM P. JOYCE, RODNEY S. SCOTT, SECRETARY KRISTI NOEM, PAMELA BONDI, DONALD J. TRUMP,<br><br>Respondents. | 26 Civ. 04442 (GBD)<br><br>ORDER |

**GEORGE B. DANIELS, United States District Judge:**

This Court having been advised that the parties stipulated and agreed that this case is dismissed without prejudice and without costs or attorney's fees to either party (*see* ECF No. 7), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All deadlines are adjourned *sine die*.

SO ORDERED.

Dated:    June 9 , 2026
          New York, New York

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge